IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BERNARD A. BOYD,

   Plaintiff,

    v.

CHOICEPOINT INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:08-CV-1118-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 13] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 2]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 2] is DENIED.

SO ORDERED, this 25 day of November, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\08\Boyd\r&r.wpd