IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BERNARD A. BOYD,<br><br>    Plaintiff,<br><br>    v.<br><br>CHOICEPOINT INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:08-CV-1118-TWT |

### ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 75] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 65]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 65] is DENIED.

SO ORDERED, this 6 day of July, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\08\Boyd\r&r2.wpd