IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BERNARD A. BOYD,

   Plaintiff,

    v.

CHOICEPOINT INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:08-CV-1118-TWT

ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 89] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 73]. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Plaintiff failed to show a prima facie case of discrimination and failed to rebut the Defendant's legitimate non discriminatory reasons for his termination. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 73] is GRANTED.

T:\ORDERS\08\Boyd\r&r3.wpd

SO ORDERED, this 2 day of February, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge